**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: May 8, 2014**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Robby J. & Jennifer E. Jereb | : | Case No. 13-59967 |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Judge Hoffman, Jr. |

### AGREED ORDER ON DEBTORS' AMENDED OBJECTION TO PROOF OF CLAIM OF OHIO DEPARTMENT OF TAXATION [DOC. NO. 27]

This matter is before the Court on Debtors' Amended Objection to the Proof Claim of the Ohio Department of Taxation [Docket No. 27] and the Ohio Department of Taxation's ("DOT") Response [Docket No. 31]. The parties having reached an agreement as to all issues raised in the Objection and Response, namely that there is due on the 2010 income tax assessment against Debtors $667.00 in tax, $63.19 in interest and $500.00 in penalty, it is hereby ORDERED:

That Claim 15 of the Ohio Department of Taxation be allowed as a priority claim pursuant to 11 U.S.C. 507(a)(8)(A)(i) in the amount of $1,171.76 and a general unsecured claim in the amount of $11,061.53.

Agreed to:

| | |
|---|---|
| /s/ Brian M. Gianangeli | /s/ James E. Nobile |
| Charles A. Mifsud (0070498) | James E. Nobile (0059705) |
| Special Counsel to the Ohio Attorney General | NOBILE & THOMPSON CO., L.P.A. |
| Brian M. Gianangeli (0072028) | 4511 Cemetery Rd., Suite B |
| THE LAW OFFICE OF | Hilliard, OH 43026 |
| CHARLES MIFSUD, LLC | Phone – (614) 529-8600 |
| 6305 Emerald Parkway | Fax (614) 529-8656 |
| Dublin, Ohio   43016 | Attorneys for Debtors |
| Phone – (614) 389-5282 | |
| Fax – (614) 389-2294 | |
| Attorneys for The Ohio Department of Taxation | |

cc:     Default List
        Brian M. Gianangeli, 6305 Emerald Parkway, Dublin, OH 43016

# # #